*HHN*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

*FILED*
*J.N 5-9-2008*
*MAY X 9 2008*
*MICHAEL W. DOBBINS*
*CLERK, U.S. DISTRICT COURT*

| | |
|---|---|
| BRICKSTOP CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 08CV2690 |
| | JUDGE GETTLEMAN |
| VALLEY VIEW INDUSTRIES, H.C., INC., | MAG. JUDGE COLE |
| | |
| Defendant. | ┌ — — — — — — — — — — — — — — — — — ┘ |

## Complaint

Plaintiff BrickStop Corporation, for its cause of action against Valley View Industries,

H.C., Inc., alleges and states as follows:

### Jurisdiction

1.      This is an action for trade dress infringement, unfair competition, and trademark

infringement in violation of 15 U.S.C. § 1125(a), copyright infringement in violation of 17

U.S.C. § 501, deceptive trade practices in violation of 815 Ill. Comp. Stat. Ann. 510, and unfair

competition in violation of 815 Ill. Comp. Stat. Ann. 505. This Court has jurisdiction pursuant to

28 U.S.C. §§ 1338(a), (b), 28 U.S.C. § 1332, and 28 U.S.C. § 1367.

2.      Venue is proper under 28 U.S.C. § 1391(b) and (c) in that Defendant Valley View

Industries, H.C., Inc. is a corporation that does significant business and advertising in this

judicial district, and a substantial part of the events or omissions giving rise to this complaint

occurred in this judicial district.

### The Parties

3.      Plaintiff BrickStop Corporation, ("BrickStop") is a corporation duly organized

under the laws of Ontario, Canada with a principal place of business at 205 Champagne Drive,

Unit 3A, Toronto, Ontario M3J 2C6, Canada.

4.    Defendant Valley View Industries, H.C., Inc., is a corporation organized under the laws of Illinois with a principal place of business at 13834 Kostner Avenue, Crestwood, Illinois 60445.

## Facts Common to All Counts

### *BrickStop's Background*

5.    For nearly twenty years, BrickStop has designed, manufactured, and sold paving edging restraint systems for, *inter alia*, landscapers, landscape architects, and home owners throughout the world.

6.    Paving edging restraint systems are used to retain brick and stone installations to ensure low maintenance and long life of landscaping designs, such as patios and walks.

7.    Since 2001, BrickStop has manufactured and sold two paver edging products under the names B.E.A.S.T. and Son of the B.E.A.S.T. (collectively "B.E.A.S.T."). BrickStop's B.E.A.S.T. paver edging product incorporates an original, distinctive, ornamental design (the "BrickStop Design"). Attached as Exhibit A is an image of BrickStop's B.E.A.S.T. product incorporating the BrickStop Design.

8.    BrickStop has sold over 35 million feet of the B.E.A.S.T. paver edging featuring the distinctive BrickStop Design.

9.    BrickStop has spent several hundred thousand dollars advertising and promoting the B.E.A.S.T. paver edging featuring the distinct BrickStop Design.

10.    BrickStop has accrued significant goodwill in its business and product designs in that BrickStop products have been selected for use in numerous prominent locations, such as the Korean War Memorial and the official residence of the Archbishop of the Czech Republic.

2

11.     BrickStop actively and prominently promotes the B.E.A.S.T. product in print advertisements.  Exhibit B, attached hereto, is one such advertisement (the "BrickStop Ad"), which prominently shows the B.E.A.S.T. product and the BrickStop Design.

12.     The BrickStop Ad features images (the "BrickStop Images") that constitute original works, each of which is copyrightable subject matter under the laws of the United States.

13.     On May 1, 2008, BrickStop submitted the requisite fees and deposits for the following copyrights:

       a.  Application entitled "Beast Artwork";

       b.  Application entitled "Beast Artwork", a derivative of Graphic Artwork for the "Beast Paver Edging", which added additional graphic artwork;

       c.  Application entitled "Beast Brochure", a derivative of Graphic Artwork for the "Beast Artwork", which added text and additional graphic artwork; and

       d.  Application entitled "Beast Brochure", a derivative of Graphic Artwork and Text for the "Beast Brochure", which added additional graphic artwork and text.

Attached hereto as Exhibit C are copies of the copyright registration forms.

14.     BrickStop has used the BrickStop Design for an extensive amount of time in its print advertisements, including brochures, and on other promotional items, including T-shirts. BrickStop has expended substantial amounts of money promoting the BrickStop Design.  As such, the BrickStop Design serves to identify BrickStop as the source of the goods bearing the design.

3

*Valley View's Conduct*

15.    Valley View is a competitor with BrickStop in that Valley View designs, manufactures, and sells paver edging restraint systems.  One product sold by Valley View is its Diamond Paver Edge product.

16.    Valley View's Diamond Paver Edge product incorporates a design (the "Valley View Design") that is substantially similar to, if not identical to, the BrickStop Design featured on the BrickStop B.E.A.S.T. product.  Attached as Exhibit D is an image of a section of paver edging sold by Valley View as the Diamond Paver Edge.

17.    Upon information and belief, Valley View created the Valley View Design by engaging the services of a toolmaker to make a mold using a piece of BrickStop's B.E.A.S.T. product incorporating the BrickStop Design.  Upon information and belief, Valley View used this mold to create the Valley View Design.

18.    Valley View copied the BrickStop Design.

19.    Valley View has promoted its Diamond Paver Edge product at one of the largest trade shows in this industry.  Furthermore, Valley View has actively and prominently promoted its Diamond Paver Edge product in this judicial district with potential customers, and in advertisements, including, but not limited to, print advertising, brochures and the internet. Exhibit E, attached hereto, is one such advertisement (the "Valley View Ad"), which prominently shows the Valley View Design incorporated into the Diamond Paver Edge product.

20.    The Valley View Ad contains a copy of the BrickStop Images with Valley View's Diamond Paver Edge product superimposed over part of BrickStop's the B.E.A.S.T. product.

4

21.    Because of the striking similarities between the BrickStop and Valley View designs and advertisements, BrickStop sent Valley View a letter to try and amicably resolve the matter. Valley View refused to stop selling the Valley View Design.

22.    Although Valley View claimed to BrickStop that it had stopped using the BrickStop Images, Valley View now displays another copy of the images in its advertising on the internet. Attached as Exhibit F is a printout from Valley View's website of the latest image Valley View uses incorporating BrickStop's Design and Images.

### First Cause of Action
### Trade Dress Infringement
### (15 U.S.C. § 1125(a))

23.    BrickStop incorporates by reference and reallages Paragraphs 1 through 22, above, as if fully set forth herein.

24.    BrickStop has continuously and consistently used original, distinctive, and ornamental features incorporated into the BrickStop Design in commerce as trade dress to identify its B.E.A.S.T. paver edging product since at least as early as 2001. BrickStop added additional original, distinctive, and ornamental features in 2005 without changing the existing features. The BrickStop Design serves to identify BrickStop as the source of the goods bearing the design because relevant consumers have come to associate the BrickStop Design with BrickStop or have come to associate the BrickStop Design as a designation of source from a single manufacturer.

25.    The BrickStop Design has no functional requirement, and its use on the paver edging product is original, ornamental, and distinctive.

26.    Valley View adopted the Valley View Design after basing it on the prior BrickStop Design.

27.     A visual inspection of the BrickStop Design and Valley View Design, as shown in Exhibits A and D, respectively, demonstrates that the Valley View Design is nearly identical and confusingly similar to the BrickStop Design and, as such, is likely to cause confusion, mistake, or deception to the relevant public as to source, sponsorship, or approval of such goods. Valley View is palming off its own goods as those of BrickStop.

28.     Upon information and belief, Valley View has deliberately and willfully infringed BrickStop's trade dress in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), and BrickStop has been and will continue to be irreparably harmed by such infringement unless this Court enjoins Valley View from its continuing infringement pursuant to 15 U.S.C. § 116.

29.     As a result of Valley View's deliberate and willful infringement of BrickStop's trade dress, BrickStop is entitled to damages, Valley View's profits, attorneys' fees and costs, and any and all other relief authorized under 15 U.S.C. § 1117.

### Second Cause of Action
### Unfair Competition
### (15 U.S.C. § 1125)

30.     BrickStop incorporates by reference and realleges Paragraphs 1 through 29, above, as if fully set forth herein.

31.     The BrickStop Ad uses the BrickStop Design to identify BrickStop as the source of the goods bearing the design.

32.     The BrickStop Design is an indication of source of origin of the goods sold by BrickStop. The BrickStop Design as used by BrickStop has acquired a substantial and favorable reputation and goodwill in connection with the goods offered by BrickStop, including the B.E.A.S.T. paver edging product. The BrickStop Design is prominently featured in its advertising.

6

33.    Valley View's unauthorized use of the BrickStop Images within its advertising, which advertising shows the BrickStop Design, is likely to and is intended to cause confusion or mistake or to deceive as to the affiliation, connection or association of Valley View with BrickStop or the possible origin, sponsorship or approval of Valley View's goods with BrickStop.

34.    Valley View's use of the Valley View Ad is a misrepresentation that Valley View is affiliated with BrickStop, which constitutes unfair competition with BrickStop.

35.    Upon information and belief, Valley View has deliberately and willfully committed acts of unfair competition in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125. Valley View's conduct irreparably damaged BrickStop, and in consequence thereof, unless Valley View is restrained and enjoined, BrickStop will suffer further and irreparable damage for which BrickStop has no full and adequate remedy at law. As a result of Valley View's deliberate and willful conduct, BrickStop is entitled to damages, Valley View's profits, attorneys' fees and costs, and any and all other relief authorized by law.

## Third Cause of Action
## Trademark Infringement
## (15 U.S.C. § 1125)

36.    BrickStop incorporates by reference and realleges Paragraphs 1 through 35, above, as if fully set forth herein.

37.    Since as early as 2001, BrickStop has used the BrickStop Design as a logo (the "Design Logo") in commercial advertising, including in brochures and on t-shirts. Consumers have come to associate the Design Logo with BrickStop and as such BrickStop has developed common law trademark rights in the Design Logo.

38.    Valley View's adoption and use of the Design Logo to identify Valley View's Diamond Paver Edge product constitutes use of a copy and colorable imitation of the Design Logo, and is likely to cause confusion, mistake, or to deceive the purchasing public into believing that the goods of Valley View emanate from the same source of the goods previously provided by BrickStop, or that there is some connection, sponsorship, or affiliation between the goods of BrickStop and Valley View.

39.    Valley View's conduct constitutes an infringement of BrickStop's common law trademark and is actionable under the provisions of 15 U.S.C. § 1125.

40.    Upon information and belief, Valley View's conduct has been and continues to be with the intent to willfully appropriate the marks and goodwill of BrickStop and to intentionally deceive the purchasing public.

41.    Valley View is aware of the prior rights of BrickStop and will continue its conduct as set forth above to the irreparable damage to BrickStop unless enjoined by the court, whereby BrickStop is without a full and adequate remedy at law.  As a result of Valley View's deliberate and willful conduct, BrickStop is entitled to damages, Valley View's profits, attorneys' fees and costs, and any and all other relief authorized by law.

### Fourth Cause of Action
### Copyright Infringement
### (15 U.S.C. § 501)

42.    BrickStop incorporates by reference and realleges Paragraphs 1 through 41, above, as if fully set forth herein.

43.    BrickStop's various advertisements, including the BrickStop Ad as shown in Exhibit B, and the BrickStop Images contain original work fixed in a tangible medium of expression and each is copyrightable subject matter under the laws of the United States.

44.     BrickStop has applied for copyright protection of its original works, including the BrickStop Ad and BrickStop Images, and filed numerous applications for copyright, paid the requisite fees, and submitted the required deposits to obtain copyright protection of the BrickStop works. BrickStop is the owner of the copyrights for its original works, including the BrickStop Ad.

45.     The Valley View Ads, as shown in Exhibits E and F, have been published and disseminated into interstate commerce and are infringing copies of the BrickStop Ad and Images and infringe BrickStop's copyrights identified in the four copyright applications.

46.     Valley View had access to the BrickStop Ad by way of BrickStop's widespread advertisements featuring the BrickStop Ad and Images.

47.     The Valley View Ads are substantially similar to the original work contained in the BrickStop Ad and Images so as to constitute copyright infringement.

48.     Upon information and belief, Valley View's acts of infringement were willful and intentional.

49.     Valley View's infringement of BrickStop's copyrights caused irreparable damage to BrickStop, and in consequence thereof, unless Valley View is restrained and enjoined, BrickStop will suffer further and irreparable damage for which BrickStop has no full adequate remedy at law. As a result of Valley View's deliberate and willful conduct, BrickStop is entitled to damages, Valley View's profits, attorneys' fees and costs, and any and all other relief authorized by law.

**Fifth Cause of Action**
**Deceptive Trade Practices**
**(815 Ill. Comp. Stat. Ann. 510)**
**(Design)**

50.    BrickStop incorporates by reference and realleges Paragraphs 1 through 49, above, as if fully set forth herein.

51.    Valley View's adoption and use of the BrickStop Design in Valley View's products, particularly the Diamond Paver Edge product, causes a likelihood of confusion or of misunderstanding as to the source, sponsorship, approval, or certification of goods or services in violation of 815 Ill. Comp. Stat. Ann. 510/2(a)(2), and BrickStop has been and will continue to be irreparably harmed by such infringement unless this Court enjoins Valley View from its continuing infringement pursuant to 815 Ill. Comp. Stat. Ann. 510/3.

52.    Upon information and belief, Valley View's conduct was, and continues to be, deliberate and willful.  As a result of Valley View's deceptive trade practices, BrickStop is entitled to damages, Valley View's profits, attorneys' fees and costs, and any and all other relief authorized under 815 Ill. Comp. Stat. Ann. 510.

**Sixth Cause of Action**
**Deceptive Trade Practices**
**(815 Ill. Comp. Stat. Ann. 510)**
**(Advertisement)**

53.    BrickStop incorporates by reference and realleges Paragraphs 1 through 52, above, as if fully set forth herein.

54.    The Valley View Ad, which features the Valley View Diamond Paver Edge product superimposed on top of the BrickStop's Ad, falsely represents that Valley View's goods have sponsorship, approval, status, affiliation, or connection with BrickStop, and/or otherwise creates a likelihood of confusion or misunderstanding, in violation of 815 Ill. Comp. Stat. Ann.

510/2(a)(5), and/or (12), and BrickStop has been, and will continue to be, irreparably harmed by such infringement unless this Court enjoins Valley View from its continuing infringement pursuant to 815 Ill. Comp. Stat. Ann. 510.

55.    Upon information and belief, Valley View's conduct was deliberate and willful. As a result of Valley View's deceptive trade practices, BrickStop is entitled to damages, Valley View's profits, attorneys' fees and costs, and any and all other relief authorized under 815 Ill. Comp. Stat. Ann. 510.

### Seventh Cause of Action
### Unfair Competition under the
### Consumer Fraud and Deceptive Business Practices Act
### (815 Ill. Comp. Stat. Ann. 505)

56.    BrickStop incorporates by reference and realleges Paragraphs 1 through 55, above, as if fully set forth herein.

57.    Valley View's deceptive trade practices, as identified above, constitute unfair competition in violation of 815 Ill. Comp. Stat. Ann. 505/2, and BrickStop has been, and will continue to be, irreparably harmed by such unfair competition unless this Court enjoins Valley View from its continuing infringement pursuant to 815 Ill. Comp. Stat. Ann. 505/10a.

58.    Upon information and belief, Valley View's conduct was deliberate and willful. As a result of Valley View's unfair competition practices, BrickStop has suffered damages and is entitled to recover damages, Valley View's profits, attorneys' fees and costs, and any and all other relief authorized under 815 Ill. Comp. Stat. Ann. 505.

WHEREFORE, BrickStop demands a judgment against Defendant and prays that this Court will:

a.     Preliminarily and permanently enjoin Valley View, its agents, servants, employees, and attorneys and all persons in active concert or participation with them or acting for, with, by, through, or under them, from infringing BrickStop's trade dress and trademarks, either alone or in association with other terms; from unfair competition with BrickStop; and from infringing BrickStop copyrights.

b.     Grant to BrickStop an award and accounting of Valley View's profits, any damages sustained by BrickStop, and that all profits or damages to be trebled, the costs of this action, and BrickStop's attorneys' fees.

c.     Award punitive damages for Valley View's unlawful acts;

d.     Grant to BrickStop such further relief as the Court may deem equitable and proper.

Respectfully Submitted,

Mark Hellmann
Hellmann Law Group
2 North LaSalle Street, Suite 1808
Chicago, Il. 60602
T: 312-580-9070
F: 847-556-0031
mark@hellmann.com

HOVEY WILLIAMS LLP
Scott R. Brown
Jennifer C. Bailey
Matthew B. Walters
10801 Mastin Boulevard, Suite 1000
84 Corporate Woods
Overland Park, Kansas 66210

T: (913) 647 – 9050
F: (913) 647 – 9057

ATTORNEYS FOR PLAINTIFF
BRICKSTOP CORPORATION

# Exhibit A



# Exhibit B

# Beautify and the B.E.A.S.T.



"X years experience and millions of feet of paver installations have gone into the development of B.E.A.S.T."

- SUPER STRENGTH
- AMAZING STRAIGHT LINES
- SUPER FLEXIBILITY
- PERFECT CURVES
- PAVERS NEVER LOOKED THIS GOOD

## WHY YOU NEED PAVER EDGING

Whether you are creating a driveway, walkway or patio, the most important part of your project is insuring that the pavers are installed properly. An edge restraint around the perimeter of the pavers is essential for eliminating horizontal creeping of the pavers and loss of the bedding sand.

Standard Mode | Reverse Mode

Pavers can be positioned on either side of BEAST edging. Standard Mode as shown at left, or Reverse Mode shown at right.



**Installation Tips:**
Patios and Walkways: Nail every 12"-20" 30.5cm - 50.8cm
Driveways: Nail every 8"-12" 20.3cm - 30.5cm

**Specifications**
8 feet long x 1.75 inches high
3 inches deep x 2.5 inches wide
243.84 cm long x 4.45 cm high
7.62 cm deep x 6.35 cm wide

Free Technical Support 1-800-565-2599



# PAVER EDGING

another eco-friendly product from BrickStop

## A Paver Edging with superior stength and flexibility.

Available at:

**Brickstop Corporation distributes paver edging around the world.**

**15 years** in business has taught us a lot about paver edging and the most important things we've learned are that:

- You must use edging for a perfect, long-lasting finish.
- It has to be easy to use.
- You must have just one piece that does both straight lines and curves.
- It must withstand a wide temperature variance.
- It must use easy to find common nails.
- It must be designed to permit a lattice milling pattern for strength and stability.
- It must allow natural vegetation growth.
- It must be backed up by a company with experience and staying power.

# Exhibit C



**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA _____ VAU _____

EFFECTIVE DATE OF REGISTRATION

Month _____ Day _____ Year _____

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**Title of This Work ▼**

Beast Artwork

**NATURE OF THIS WORK ▼** See instructions

Graphic Artwork

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

---

**NAME OF AUTHOR ▼**

Gary Wein

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**Author's Nationality or Domicile**
Name of Country

OR { Citizen of   United States
Domiciled in

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No

If the answer to either of these questions is "Yes," see detailed instructions

**Nature of Authorship** Check appropriate boxes. **See Instructions**
☐ 3 Dimensional sculpture
☐ Map
☐ Technical drawing
☑ 2 Dimensional artwork
☐ Photograph
☐ Text
☐ Reproduction of work of art
☐ Jewelry design
☐ Architectural work

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country

OR { Citizen of
Domiciled in

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No

If the answer to either of these questions is "Yes," see detailed instructions

**Nature of Authorship** Check appropriate boxes. **See Instructions**
☐ 3 Dimensional sculpture
☐ Map
☐ Technical drawing
☐ 2 Dimensional artwork
☐ Photograph
☐ Text
☐ Reproduction of work of art
☐ Jewelry design
☐ Architectural work

---

**Year in Which Creation of This Work Was Completed**

2001   This information must be given ONLY if this work has been published.

**Date and Nation of First Publication of This Particular Work**
Complete this information   Month   February   Day _____   Year   2001
Canada

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

BrickStan Corporation

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Written Assignment

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

EXAMINED BY                FORM VA

CHECKED BY

CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes   ☑ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions
before completing
this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                             Account Number ▼

Hovey Williams LLP                          91723

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Scott R. Brown, Hovey Williams LLP, 10801 Mastin Blvd., Suite 1000, Overland Park, KS 66210

Area code and daytime telephone number    ( 913 ) 647-9050                 Fax number    ( 913 ) 647-9057
Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive rights
☐ authorized agent of _____
         Name of author or other copyright claimant, or owner of exclusive rights ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

David Freeberg, Vice President of BrickStop Corporation       Date   April 28, 2008

Handwritten signature (X) ▼

X

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Scott R. Brown at Hovey Williams LLP

Number/Street/Apt ▼
10801 Mastin Blvd., Suite 1000

City/State/Zip ▼
Overland Park, KS 66210

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA   Rev: 07/2006   Print: 07/2006 —30,000   Printed on recycled paper                  U.S. Government Printing Office: 2004-330-945 / 60,106



Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at www.copyright.gov, write the Copy-
right Office, or call (202) 707-3000.

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

VA _____ VAU _____
EFFECTIVE DATE OF REGISTRATION

Month _____ Day _____ Year _____

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**Title of This Work ▼**

Beast Artwork

**NATURE OF THIS WORK ▼** See instructions

Graphic Artwork

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give **Volume ▼** | **Number ▼** | **Issue Date ▼** | **On Pages ▼**

**NAME OF AUTHOR ▼**

Gary Wein

**DATES OF BIRTH AND DEATH**
Year Born ▼ _____ Year Died ▼ _____

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ____ United States
{ Domiciled in ____

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture
☑ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼ _____ Year Died ▼ _____

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ____
{ Domiciled in ____

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**Year in Which Creation of This Work Was Completed**
2005
Year ◀ This information must be given in all cases.

**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month January Day _____ Year 2005
Nation Canada

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

BrickStop Corporation

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Written Assignment

See instructions before completing this space.

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

|  |  |
|---|---|
| EXAMINED BY | FORM VA |
| CHECKED BY | |
| CORRESPONDENCE ☐ Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼ _____ **Year of Registration** ▼ _____

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Graphic Artwork for the Beast Paver Edging

See instructions before completing this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Additional Graphic Artwork

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼  Hovey Williams LLP     **Account Number** ▼  91723

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Scott R. Brown, Hovey Williams LLP, 10801 Mastin Blvd., Suite 1000, Overland Park, KS 66210

Area code and daytime telephone number  ( 913 ) 647-9050     Fax number  ( 913 ) 647-9057

Email

**CERTIFICATION**  I, the undersigned, hereby certify that I am the

check only one ▶

☐ author
☐ other copyright claimant
☒ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

David Frieberg, Vice President of BrickStop Corporation     Date  Apri 28, 2008

Handwritten signature (X) ▼

X _____

| Certificate will be mailed in window envelope to this address: | **Name** ▼  Scott R. Brown at Hovey Williams LLP |
|---|---|
| | **Number/Street/Apt** ▼  10801 Mastin Blvd., Suite 1000 |
| | **City/State/Zip** ▼  Overland Park, KS 66210 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA   Rev: 07/2006   Print: 07/2006 — 30,000   Printed on recycled paper     U.S. Government Printing Office: 2006-320-958/60 108



Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at www.copyright.gov, write the Copy-
right Office, or call (202) 707-3000.

# Form VA
**For a Work of the Visual Arts**
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

|  | VA | VAU |
|---|---|---|

**EFFECTIVE DATE OF REGISTRATION**

| Month | Day | Year |
|---|---|---|

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**Title of This Work ▼**

Beast Brochure

**NATURE OF THIS WORK ▼** See instructions

Brochure

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

---

**NAME OF AUTHOR ▼**

Gary Wein

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of United States
Domiciled in

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes   ☐ No
Pseudonymous?  ☐ Yes   ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☑ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**Name of Author ▼**

BrickStop Corporation

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of
Domiciled in Ontario, Canada

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes   ☐ No
Pseudonymous?  ☐ Yes   ☐ No
*If the answer to either of these questions is "Yes," see detailed instructions.*

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☑ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

<div style="font-size:small">
NOTE

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.
</div>

---

**Year in Which Creation of This Work Was Completed** 2001
*This information must be given Year in all cases.*

**Date and Nation of First Publication of This Particular Work**
Complete this information Month February Day ____ Year 2001
ONLY if this work has been published. Canada

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

BrickStop Corporation

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

Written Assignment

<div style="font-size:small">
See instructions before completing this space.
</div>

**DO NOT WRITE HERE — FOR COPYRIGHT OFFICE USE ONLY**
APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

**DO NOT WRITE HERE**

Page 1 of ____ pages

EXAMINED BY             FORM VA

CHECKED BY

CORRESPONDENCE    FOR
☐ Yes             COPYRIGHT
            OFFICE
            USE
            ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼      Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

Graphic Artwork for the Beast Artwork

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Text and Additional Graphic Artwork

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼      Account Number ▼

Hovey Williams LLP      91723

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Scott R. Brown, Hovey Williams LLP, 10801 Mastin Blvd., Suite 1000, Overland Park, KS 66210

Area code and daytime telephone number  ( 913 ) 647-9050      Fax number  ( 913 ) 647-9057
Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☑ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
David Frieberg, Vice-President of BrickStop Corporation      Date  April 28, 2008

Handwritten signature (X) ▼
X

Certificate will be mailed in window envelope to this address:
Name ▼
Scott R. Brown at Hovey Williams LLP
Number/Street/Apt ▼
10801 Mastin Blvd., Suite 1000
City/State/ZIP ▼
Overland Park, KS 66210

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

beast brochure 2/01.qxd:beast brochure 2/01.qxd    4/25/08    12:39 PM    Page 2



# *Beauty*
# the B.E.A.S.T.

10 years experience and millions of feet of paver installation have gone into the development of B.E.A.S.T.

- SUPER STRENGTH
- AMAZING STRAIGHT LINES
- SUPER FLEXIBILITY
- PERFECT CURVES
- PAVERS NEVER LOOKED THIS GOOD

## WHY YOU NEED PAVER EDGING

Whether you are creating a driveway, walkway or patio, the most important part of your project is insuring that the pavers are installed properly. An edge restraint around the perimeter of the pavers is essential for eliminating horizontal creeping of the pavers and loss of the bedding sand.

## Installation Tips

**Patios and Walkways**
Nail every 12"-20"
30.5cm - 50.8cm

**Driveways**
Nail every 8"-12"
20.3cm - 30.5cm

## Specifications:

Free Technical Support 1-800-565-2599



beast brochure 2/01.qxd beast brochure 2/01.qxd 4/25/08 12:39 PM Page 1

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at www.copyright.gov, write the Copy-
right Office, or call (202) 707-3000.

 **Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

VA _____ VAU

EFFECTIVE DATE OF REGISTRATION

Month _____ Day _____ Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** Title of This Work ▼

Beast Brochure

**NATURE OF THIS WORK ▼ See instructions**

Brochure

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

---

**2** NAME OF AUTHOR ▼

Gary Wein

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of    United States
      Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture     ☐ Map              ☐ Technical drawing
☑ 2-Dimensional artwork       ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design   ☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Name of Author ▼

Dates of Birth and Death
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
      Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture     ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork       ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design   ☐ Architectural work

---

**3a** Year in Which Creation of This Work Was Completed
2005
Year   This information must be given in all cases.

**3b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month January        Day        Year 2005        Nation Canada

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

BrickStop Corporation

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

See instructions before completing this space.

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼
Written Assignment

---

MORE ON BACK ▶ · Complete all applicable spaces (numbers 5-9) on the reverse side of this page
                · See detailed instructions.        · Sign the form at line 8

DO NOT WRITE HERE

Page 1 of _____ pages

EXAMINED BY

**FORM VA**

CHECKED BY

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

Graphic Artwork and Text for the Benst Brochure

See instructions
before completing
this space

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Additional Graphic Artwork and Text

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                    Account Number ▼

Hovey Williams LLP                                        91723

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Scott R. Brown, Hovey Williams LLP, 10801 Mastin Blvd., Suite 1000, Overland Park, KS  66210

Area code and daytime telephone number   ( 913 ) 647-9050          Fax number   ( 913 ) 647-9057

Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ►
☐ author
☐ other copyright claimant
☑ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

David Frieberg, Vice President of BrickStop Corporation          Date   APRIL 24, 2008

Handwritten signature (X) ▼

X

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼

Scott R. Brown at Hovey Williams LLP

Number/Street/Apt ▼

10801 Mastin Blvd., Suite 1000

City/State/Zip ▼

Overland Park, KS  66210

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA   Rev 06/2006   Print 07/2006—20,000   Printed on recycled paper                    U.S. Government Printing Office: 2004-330-945/60,126



Beautify and the

## B.E.A.S.T

5 years' experience are millions of feet of paver installations have gone into the development of B.E.A.S.T.

- SUPER STRENGTH
- AMAZING STRAIGHT LINES
- SUPER FLEXIBILITY
- PERFECT CURVES
- PAVERS NEVER LOOKED THIS GOOD

## WHY YOU NEED PAVER EDGING

Whether you are creating a driveway, walkway or patio, the most important part of your project is insuring that the pavers are installed properly. An edge restraint around the perimeter of the pavers is essential for eliminating horizontal creeping of the pavers and loss of the bedding sand.

Pavers can be positioned on either side of B.E.A.S.T. edging. Standard Mode as shown at left, or Reverse Mode shown at right.

### Installation Tips
Patios and Walkways: Nail every 12"-20". 30.5cm - 50.8cm.

Driveways: Nail every 8"-12". 20.3cm - 30.5cm

### Specifications
5 feet long x 1¾ inches high.
4 inches deep x 2.5 inches wide.
243.84 cm long x 4.45 cm high.
7.62 cm deep x 6.35 cm wide.

REVERSE MODE

Standard Mode | Reverse Mode

Free Technical Support 1-800-565-2599



# Exhibit D



# Exhibit E

CC.diamond.sheet.qxd  2/21/08  11:16 AM  Page 1



# *New*
# DIAMOND PAVER EDGE
## P A V E R    R E S T R A I N T

*Use Valley View
Anchoring Stake or
10"/12" Nail*


Reverse Form

The **NEW Diamond Paver Edging** is the most economically priced paver restraint on the market!! It has been added to our existing paver restraint product line. This is our most **Solid** paver restraint yet, though it can be easily converted to flexible.

**Anchoring stakes and spikes are recommended and sold separately.**

### DIAMOND PAVER EDGE ORDERING INFORMATION

| Item # | Description | Pack |
|---|---|---|
| DPE-8-10 | 8' Diamond Paver Edge | 10 per bundle |
| DPE-8-630 | 8' Diamond Paver Edge | 630/pallet (63 bundles of 10) |
| BAS | Steel bulk anchor stake | 200 |

*For additional paver restraints, displays and accessories, go to www.valleyviewind.com.*

**YOUR LOCAL DISTRIBUTOR:**

Valley View Industries
13834 S. Kostner Ave.
Crestwood, IL 60445
www.valleyviewind.com
info@valleyviewind.com



# ValleyView ®
## Industries

*"Setting the landscape industry standard"*

Toll Free: (800) 323-9369 • (800) 323-3262 FAX
International: (708) 597-0885 • (708) 597-9559 FAX

# Exhibit F



*Use Valley View Anchoring Stake or 10"/12" Nail*



*Save $. Buy in pallet quantity. Pallet consists of 63 bundles of 10.*

The **NEW Diamond Paver Edging** (8 ft. length) is the most economically priced paver restraint on the market!! It has been added to our existing paver restraint product line. This is our most **Solid** paver restraint yet, though it can be easily converted to flexible 8' lengths.

**Additional anchor stakes recommended and sold separately. Five anchor stakes recommended per 8' length.**

**DIAMOND PAVER EDGE ORDERING INFORMATION**

| Item # | Description | Pack |
|--------|-------------|------|
| DPE-8 | 8' Diamond Paver Edge | 10 per bundle |
| DPE-8 | 8' Diamond Paver Edge | 630/pallet (63 bundles of 10) |
| BAS | Steel bulk anchor stake | 200 |

*For additional paver restraints, displays and accessories, go to www.valleyviewind.com.*

**YOUR LOCAL DISTRIBUTOR:**

Valley View Industries
13834 S. Kostner Ave.
Crestwood, IL 60445
www.valleyviewind.com
info@valleyviewind.com



**ValleyView®**
*Industries*

**"Setting the landscape industry standard"**

Toll Free: (800) 323-9369 • (800) 323-3262 FAX
International: (708) 597-0885 • (708) 597-9959 FAX