MHN

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

BrickStop Corporation
-v-
Valley View Industries, H.C., Inc

08CV2690
JUDGE GETTLEMAN
MAG. JUDGE COLE

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

FILED
JN 5-9-2008
MAY X 9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| Field | Value |
|---|---|
| NAME (Type or print) | Mark Hellmann |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Mark Hellmann |
| FIRM | Hellmann Law Group |
| STREET ADDRESS | 2 North LaSalle Street   Suite 1808 |
| CITY/STATE/ZIP | Chicago, Il. 60602 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 1182269 |
| TELEPHONE NUMBER | 312-580-9070 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |