UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

BRICKSTOP CORPORATION, )
)
    Plaintiff, )
)
    v. )    08CV2690
)    JUDGE GETTLEMAN
)    MAG. JUDGE COLE
VALLEY VIEW INDUSTRIES, H.C., INC., )
)
    Defendant. )

**BRICKSTOP CORPORATION'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2, BrickStop Corporation ("BrickStop") states as follows:

- BrickStop is a privately owned company;

- BrickStop has no parent company;

- No publicly-traded company owns 10% or more of its stock; and

- No publicly-traded affiliate owns more than 5% of BrickStop.

1

Dated:                                  Respectfully Submitted,

                                        */s/ Mark Hellmann*
                                        Mark Hellmann
                                        Hellmann Law Group
                                        2 North LaSalle Street
                                        Suite 1808
                                        Chicago, Il. 60602
                                        T: 312-580-9070
                                        F: 847-556-0031
                                        mark@hellmann.com

                                        HOVEY WILLIAMS LLP
                                        Scott R. Brown
                                        Jennifer C. Bailey
                                        Matthew B. Walters
                                        10801 Mastin Boulevard, Suite 1000
                                        84 Corporate Woods
                                        Overland Park, Kansas 66210
                                        T: (913) 647 – 9050
                                        F: (913) 647 – 9057

                                        ATTORNEYS FOR PLAINTIFF
                                        BRICKSTOP CORPORATION