# United States District Court for the Northern District of Illinois

Case Number: 08CV2690     Assigned/Issued By: J. N.

Judge Name: GETTLEMAN     Designated Magistrate Judge: COLE

## FEE INFORMATION

*Amount Due:*  [✓] $350.00   [ ] $39.00   [ ] $5.00
              [ ] IFP       [ ] No Fee   [ ] Other _____
              [ ] $455.00

Number of Service Copies _____     Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350_____     Receipt #: 4624002268_____

Date Payment Rec'd: 5-9-08_____     Fiscal Clerk: J. N._____

## ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
[ ] Citation to Discover Assets          (Victim, Against and $ Amount)

[ ] Writ _____
        (Type of Writ)

_1_ Original and _1_____ copies on _5-9-08_____ as to _DEFENDANT_____
                                           (Date)

C:\wpwin80\docket\feeinfo.frm     03/14/05