# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>BRICKSTOP CORPORATION,<br>    vs.,<br>VALLEY VIEW INDUSTRIES, H.C., INC. | Case Number:<br>08 C 2690 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Valley View Industries, H.C., Inc.

| |
|---|
| NAME (Type or print)<br>Monica L. Thompson |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>        s/ Monica L. Thompson |
| FIRM<br>DLA Piper US LLP |
| STREET ADDRESS<br>203 North LaSalle Street; Suite 1900 |
| CITY/STATE/ZIP<br>Chicago, IL  60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06181455 | TELEPHONE NUMBER<br>(312) 368-4000 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |

American LegalNet, Inc.
www.USCourtForms.com

CHGO1\31216604.1