AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

BrickStop Corporation

08C 2690

CASE NUMBER:

V.

ASSIGNED JUDGE:     JUDGE GETTLEMAN

Valley View Industries, H.C., Inc.

DESIGNATED
MAGISTRATE JUDGE:     MAGISTRATE JUDGE COLE

TO: (Name and address of Defendant)     *Valley View Industries, H.C. Inc.*

Valley View Industries, H.C., Inc.
Ronald P. Sokol (Registered Agent)
C/O Valley View Industries, H.C., Inc.
60 Orland Sq. Dr., Suite 202
Orland Park, Illinois, 60462

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Scott R. Brown
Jennifer C. Bailey
Matthew B. Walters
10801 Mastin Blvd. Suite 1000
Building 84
Overland Park, Kansas 66210

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_Jarrette Newez_

(By) DEPUTY CLERK

MAY X 9 2008

DATE

## United States District Court

## Northern District of Illinois

CASE NAME.: BrickStop Corporation vs. Valley View Industries, H.C., Inc.

CASE NUMBER: 08C 2690

### AFFIDAVIT OF PROCESS SERVER

I, **Aundre Kittles**, being duly sworn on oath, deposes and states as follows:

1. I am an agent of Elite Process Serving & Investigations, Inc. with its principal place of business located in Plainfield, Illinois 60585. I am authorized to effectuate service of process in the State of Illinois.

2. Elite Process Serving & Investigations, Inc. is licensed to do business within the State of Illinois by the Illinois Department of Professional Regulations with an Illinois License No. of 117−001199.

3. I am a citizen of the United States of America and an adult over the age of eighteen (18) and not a party to the within case.

4. I was contracted to serve process in the above captioned case.

5. I personally served the within **Summons in a Civil Case** in the above captioned matter on **Valley View Industries, H.C., Inc. c/o its Registered Agent Ronald P. Sokol** at his/her usual place of business located at **60 Orland Square Drive Suite 202, Orland Park, IL 60462** by serving his/her authorized agent and/or employee **Donna Villcek, secretary on 05/13/2008** at **3:45 PM**. Description: **Sex: Female − Age: 50 − Skin: White − Hair: Brown − Height: 5.7 − Weight: 145**

6. The facts and matters set forth above are based upon my personal knowledge and if called to testify herein, I could do so competently.

FURTHER AFFIANT SAYETH NOT.

X _Aundre Kittles_
Aundre Kittles

Subscribed and Sworn to before me on this
_____ day of _____, 20___.

_____  Notary Public

"OFFICIAL SEAL"
Melanie Broderick
Notary Public, State of Illinois
My Commission Exp. 03/02/2009

12362

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

BrickStop Corporation

## 08C 2690

CASE NUMBER:

V.

ASSIGNED JUDGE: JUDGE GETTLEMAN

Valley View Industries, H.C., Inc.

DESIGNATED
MAGISTRATE JUDGE: MAGISTRATE JUDGE COLE

TO: (Name and address of Defendant) Valley View Industries, H.C. Inc.

Ronald P. Sokol (Registered Agent)
C/O Valley View Industries, H.C., Inc.
60 Orland Sq. Dr., Suite 202
Orland Park, Illinois, 60462

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Scott R. Brown
Jennifer C. Bailey
Matthew B. Walters
10801 Mastin Blvd, Suite 1000
Building 84
Overland Park, Kansas 66210

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

MAY X 9 2008

DATE

**United States District Court**

**Northern District of Illinois**

CASE NAME.: BrickStop Corporation vs. Valley View Industries, H.C., Inc.

CASE NUMBER: 08C 2690

**<u>AFFIDAVIT OF PROCESS SERVER</u>**

I, **Aundre Kittles**, being duly sworn on oath, deposes and states as follows:

1. I am an agent of Elite Process Serving & Investigations, Inc. with its principal place of business located in Plainfield, Illinois 60585. I am authorized to effectuate service of process in the State of Illinois.

2. Elite Process Serving & Investigations, Inc. is licensed to do business within the State of Illinois by the Illinois Department of Professional Regulations with an Illinois License No. of 117−001199.

3. I am a citizen of the United States of America and an adult over the age of eighteen (18) and not a party to the within case.

4. I was contracted to serve process in the above captioned case.

5. I personally served the within **Summons in a Civil Case** in the above captioned matter on **Valley View Industries, H.C., Inc. c/o its Registered Agent Ronald P. Sokol** at his/her usual place of business located at **60 Orland Square Drive Suite 202, Orland Park, IL 60462** by serving his/her authorized agent and/or employee **Donna Villcek, secretary on 05/13/2008 at 3:45 PM**. Description: **Sex: Female − Age: 50 − Skin: White − Hair: Brown − Height: 5.7 − Weight: 145**

6. The facts and matters set forth above are based upon my personal knowledge and if called to testify herein, I could do so competently.

FURTHER AFFIANT SAYETH NOT.

X _Aundre Kittles_
  Aundre Kittles

Subscribed and Sworn to before me on this
_____ day of _____, 20__.

_____  Notary Public

*"OFFICIAL SEAL"*
*Melanie Broderick*
*Notary Public, State of Illinois*
*My Commission Exp. 03/02/2009*

123622