### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| BRICKSTOP CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 2690 |
| | ) | |
| v. | ) | |
| | ) | |
| VALLEY VIEW INDUSTRIES, H.C., INC., | ) | Honorable Judge Gettleman |
| | ) | |
| Defendant. | ) | |
| | ) | |

### AGREED MOTION FOR EXTENSION OF
### TIME TO ANSWER OR OTHERWISE PLEAD

Defendant VALLEY VIEW INDUSTRIES, H.C., INC. ("Valley View"), through their attorneys, DLA Piper US LLP requests this Court enter an Order granting them an additional 30 days to answer or otherwise plead.  Counsel for Defendant has been in contact with counsel for Plaintiff who has indicated his agreement with the requested extension.

WHEREFORE Valley View requests that this Court enter an order granting Valley View to and including July 2, 2008 to answer or otherwise plead to the complaint.

Dated:  June 2, 2008              Respectfully submitted,

                              **VALLEY VIEW INDUSTRIES, H.C., INC.**

                              By:_____/s/ R. Blake Johnston_____
                                     One of its Attorneys

<u>Attorneys for Defendant</u>
Monica L. Thompson – ARDC #06181455
R. Blake Johnston – ARDC #06239464
DLA PIPER US LLP
203 North LaSalle Street
Suite 1900
Chicago, Illinois 60601
(312) 368-4000

CHGO1\31218847.1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRICKSTOP CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 2690 |
| | ) | |
| v. | ) | |
| | ) | |
| VALLEY VIEW INDUSTRIES, H.C., INC., | ) | Honorable Judge Gettleman |
| | ) | |
| Defendant. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that he caused a true and correct copy of the AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD to be served upon the following Plaintiff's attorneys via this Court's electronic filing service, this 2nd day of June 2008.

Mark Hellmann
Hellman Law Group
2 North LaSalle Street, Suite 1808
Chicago, Illinois 60602
T: (312) 580-9070
F: (847) 556-0031

HOVEY WILLIAMS LLP
Scott R. Brown
Jennifer C. Bailey
Matthew B. Walters
10801 Mastin Boulevard, Suite 1000
84 Corporate Woods
Overland Park, Kansas  66210
T: (913) 647-9050
F: (913) 647-9057

                                        /s/ R. Blake Johnston
                                        R. Blake Johnston

<u>Attorneys for Defendant</u>
Monica L. Thompson
R. Blake Johnston
DLA PIPER US LLP
203 North LaSalle Street
Suite 1900
Chicago, IL 60601
(312) 368-4000

CHGO1\31218847.1

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BRICKSTOP CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 2690 |
| | ) | |
| v. | ) | |
| | ) | |
| VALLEY VIEW INDUSTRIES, H.C., INC., | ) | Honorable Judge Gettleman |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

## **ORDER**

This cause coming on to be heard pursuant to the Defendant VALLEY VIEW INDUSTRIES, H.C., INC.'s Agreed Motion for Extension of Time to Answer or Otherwise Plead, it is ordered that Defendant shall have until July 2, 2008, to file their pleading.

ENTER:

_____
Judge

Attorneys for Defendant
Monica L. Thompson
R. Blake Johnston
DLA PIPER US LLP
203 North LaSalle Street
Suite 1900
Chicago, Illinois 60601
(312) 368-4000