IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRICKSTOP CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 C 2690 |
| | ) | |
| v. | ) | |
| | ) | |
| VALLEY VIEW INDUSTRIES, H.C., INC. | ) | Honorable Judge Gettleman |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, June 10, 2008, at 9:15 a.m., or as soon thereafter as this motion may be heard, we shall appear before the Honorable Judge Gettleman in the courtroom usually occupied by him, or any other judge sitting in his stead, in Room 1703 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present the attached **Agreed Motion for Extension of Time to Answer or Otherwise Plead.**

**VALLEY VIEW INDUSTRIES, H.C. , INC.**

s/R. Blake Johnston
Monica L. Thompson – ARDC #06181455
R. Blake Johnston – ARDC #06239464
DLA Piper US LLP
203 N. LaSalle, Suite 1900
Chicago, IL, 60601
(312) 368-2160

CHGO1\31220248.1

## CERTIFICATE OF SERVICE

R. Blake Johnston, an attorney, certify that on June 4, 2008, he caused the foregoing Notice of Motion to be filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all ECF registered parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                s/R. Blake Johnston
                                                R. Blake Johnston – ARDC #06239464
                                                DLA Piper US LLP
                                                203 N. LaSalle, Suite 1900
                                                Chicago, IL, 60601
                                                (312) 368-2160