IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BRICKSTOP CORPORATION, | ) | Case Number: 1:08-cv-02690 |
| | ) | |
| Plaintiff, | ) | Assigned Judge: Gettleman |
| | ) | |
| v. | ) | Designated |
| | ) | Magistrate Judge: Cole |
| VALLEY VIEW INDUSTRIES, H.C., Inc., | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

Please take notice that on Tuesday, June 17, 2008, at 9:15 a.m., or as soon thereafter as the motion may be heard, BrickStop Corporation shall appear by its counsel before the Honorable Judge Gettleman in the courtroom usually occupied by him, or any other judge sitting in his stead, in Room 1703 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present Plaintiff BrickStop Corporation's Motion for Preliminary Injunction filed on June 6, 2008.

Respectfully Submitted,

Dated: June 11, 2008

/s/ Mark Hellmann
Mark Hellmann
Hellmann Law Group
2 North LaSalle Street, Suite 1808
Chicago, Illinois 60602
Tel.   312-580-9070
Fax   847-556-0031
mark@hellmann.com

Of Counsel:

HOVEY WILLIAMS LLP
Scott R. Brown (*pro hac vice pending*)
Jennifer C. Bailey (*pro hac vice pending*)

        Matthew B. Walters (*pro hac vice pending*)
        10801 Mastin Boulevard, Suite 1000
        84 Corporate Woods
        Overland Park, Kansas 66210
        Tel.    913-647-9050
        Fax    913-647-9057
        srb@hoveywilliams.com
        jcb@hoveywilliams.com
        mbw@hoveywilliams.com

        ATTORNEYS FOR PLAINTIFF
        BRICKSTOP CORPORATION

## CERTIFICATE OF SERVICE

    I hereby certify that on June 11, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

    Monica L. Thompson    monica.thompson@dlapiper.com
    Richard Blake Johnston    blake.johnston@dlapiper.com
    DLA Piper US LLP IL
    203 North LaSalle Street
    20th Floor
    Chicago, IL 60601
    (312) 368-4000

    ATTORNEYS FOR DEFENDANT
    VALLEY VIEW INDUSTRIES, H.C., INC.

                /s/ Mark Hellmann