**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Brickstop Corporation

          Plaintiff,

v.                  Case No.: 1:08−cv−02690
                  Honorable Robert W. Gettleman

Valley View Industries, H.C., Inc.

          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 19, 2008:

  MINUTE entry before the Honorable Robert W. Gettleman: Motion hearing held on 6/19/2008 regarding motion for preliminary injunction[12]. Response is due by 8/8/2008. Reply is due by 8/22/2008. Status hearing set for 8/26/2008 at 09:00 a.m. Mailed notice (gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.