UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BRICKSTOP CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08-CV-2690 |
| | ) | |
| v. | ) | Honorable Judge Gettleman |
| | ) | |
| VALLEY VIEW INDUSTRIES, H.C., INC., | ) | Magistrate Judge Cole |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:   **See attached certificate of service**

PLEASE TAKE NOTICE that on August 5, 2008, at 9:15 a.m., or as soon thereafter as this motion may be heard, we shall appear before the Honorable Judge Gettleman, or any judge sitting in his stead, in courtroom 1703, at the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois and shall then and there present **DEFENDANT'S MOTION TO FILE DOCUMENTS UNDER SEAL**, a true and correct copy of which has already been served upon you.

Dated: July 30, 2008                                                           Respectfully, submitted,

                                                                                              VALLEY VIEW INDUSTRIES, H.C., INC.


                                                                        By:         /s/ Monica L. Thompson
                                                                                              One of its Attorneys

Attorneys for Defendant
Monica L. Thompson
R. Blake Johnston
DLA Piper US LLP
203 North LaSalle Street, Suite 1900
Chicago, IL  60601
Tel:  312 368-4000

1

CHGO1\31249539.1

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2008, a copy of the foregoing was filed electronically.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Parties may access this filing through the Court's system.

By:    /s/ Monica L. Thompson
        One of its Attorneys

Attorneys for Defendant
Monica L. Thompson
R. Blake Johnston
DLA Piper US LLP
203 North LaSalle Street, Suite 1900
Chicago, IL 60601
Tel: 312 368-4000