# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2690 | **DATE** | 8/5/2008 |
| **CASE TITLE** | Brickstop Corp.   V   Valley View Industries | | |

**DOCKET ENTRY TEXT:**

Defendant's motion [24] for leave to file documents <u>under seal</u> is granted.

[Docketing to mail notice]

00:01

| | Courtroom Deputy | GDS |
|---|---|---|