# United States District Court, Northern District of Illinois

*MHN*

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 2690 | DATE | 8/6/2008 |
| CASE TITLE | Brickstop Corp. vs Valley View Industries | | |

**DOCKET ENTRY TEXT:**

Defendants' motion [22] for entry of stipulated protective order is granted.

[For further detail see separate order]
[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|