UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BRICKSTOP CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08-CV-2690 |
| | ) | |
| v. | ) | Honorable Judge Gettleman |
| | ) | |
| VALLEY VIEW INDUSTRIES, H.C., INC., | ) | Magistrate Judge Cole |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:   **See attached certificate of service**

PLEASE TAKE NOTICE that on August 20, 2008, at 9:15 a.m., or as soon thereafter as this motion may be heard, we shall appear before the Honorable Judge Gettleman, or any judge sitting in his stead, in courtroom 1703, at the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois and shall then and there present **DEFENDANT'S MOTION TO STRIKE**, a true and correct copy of which has already been served upon you.

Dated: August 8, 2008

Respectfully, submitted,

VALLEY VIEW INDUSTRIES, H.C., INC.

By:   /s/ Monica L. Thompson
One of its Attorneys

Monica L. Thompson (ARDC # 6181455)
R. Blake Johnston (ARDC # 06239464)
Albert E. Hartmann (ARDC # 06256064)
**DLA PIPER US LLP**
203 North LaSalle Street, Suite 1900
Chicago, IL  60601
312 368-4000
monica.thompson@dlapiper.com
blake.johnston@dlapiper.com
albert.hartmann@dlapiper.com

## CERTIFICATE OF SERVICE

I, Monica L. Thompson, an attorney, depose and state that on August 8, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will serve electronic notice to all counsel of record.

By:   /s/ Monica L. Thompson
Monica L. Thompson