## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2690 | **DATE** | 8/19/2008 |
| **CASE TITLE** | Brickstop Corp.    vs    Valley View Industries, H.C., Inc. | | |

**DOCKET ENTRY TEXT:**

Lelave is granted to file plaintiff's reply to defendant's opposition to motion [12] for preliminary injunction. *under seal*.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|