IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRICKSTOP CORPORATION, ) | Case Number: 1:08-cv-02690 |
| ) | |
| Plaintiff, ) | Assigned Judge: Gettleman |
| ) | |
| v. ) | Designated |
| ) | Magistrate Judge: Cole |
| VALLEY VIEW INDUSTRIES, H.C., INC., ) | |
| ) | |
| Defendant. ) | |

### SUPPLEMENTAL DECLARATION OF DAVID FRIEBERG

I, David Frieberg, hereby declare:

21.     I have personal knowledge of the statements made herein and would testify to them if called as a witness in this matter.

22.     I am the same David Frieberg who has submitted a previous declaration in this matter in support of BrickStop Corporation's motion for a preliminary injunction. To avoid confusion with my last declaration filed on June 6, 2008, the paragraph numbers in this declaration begin consecutively with the next number after my last declaration and the exhibits attached hereto begin consecutively with the next letter after the last exhibit in my previous declaration.

23.     I have reviewed BrickStop's sales database for United States sales of the B.E.A.S.T., Son of B.E.A.S.T. and Edge-All from 2001 to the present. Based upon my review of BrickStop's sales, the map attached hereto as Exhibit V, is a fair and accurate representation that depicts a substantial number of cities in to which BrickStop has sold the B.E.A.S.T. line of products to dealers and distributors, who then resell BrickStop products to contractors. It should be noted that this does not include the approximately 800 Home Depot stores that carry BrickStop's Edge-All product, which is differently named, but identical to the Son of B.E.A.S.T. product.

24.  Sure-Loc, a company that sells paver restraints, carries a plastic paver edging that appears visually similar to the B.E.A.S.T. In fact, it is the B.E.A.S.T. Sure-Loc is a BrickStop customer that sells the B.E.A.S.T. In fact, I have confirmed that the paver restraint depicted in Sure-Loc's sales material that appears visually similar to the B.E.A.S.T. is BrickStop's B.E.A.S.T. product.

25.  Moreover, Dreamscape, another company that sells paver restraints, carries a product that appears visually similar to the B.E.A.S.T. This is because it is the B.E.A.S.T. Dreamscape is a Sure-Loc customer that merely resells the B.E.A.S.T. product. As such, the Dreamscape product that appears visually similar to the B.E.A.S.T. is BrickStop's B.E.A.S.T. product. I have personally visited Dreamscape's website and confirmed that the product depicted on the Dreamscape website is the B.E.A.S.T. product.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: *August 21, 2008*      By: _____
                                   David Frieberg

-2-

# Exhibit V

