UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Brickstop Corporation
                              Plaintiff,

v.                                                          Case No.: 1:08−cv−02690
                                                            Honorable Robert W. Gettleman

Valley View Industries, H.C., Inc.
                              Defendant.


ORDER REFERRING A CIVIL CASE TO THE
DESIGNATED MAGISTRATE JUDGE


Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Jeffrey Cole for the purpose of holding proceedings related to: discovery supervision and settlement.(gds, ) Mailed notice.


Dated: August 29, 2008

/s/ Robert W. Gettleman

United States District Judge