## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2690 | **DATE** | 8/26/2008 |
| **CASE TITLE** | Brickstop Corp.     vs     Valley View Ind. | | |

**DOCKET ENTRY TEXT:**

Status hearing held.  Any and all documents filed *under seal* are ordered UNSEALED.
Response to motion [34] to strike is due by 9/12/2008.
Hearing on plaintiff's motion [13] for preliminary injunction is set for 10/4/2008, at 10:00 a.m.

[Docketing to mail  notice]

00:09

| | Courtroom Deputy | GDS |
|---|---|---|