# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2690 | **DATE** | 8/28/2008 |
| **CASE TITLE** | Brickstop Corp.    vs    Valley View Industries | | |

**DOCKET ENTRY TEXT:**

Hearing on plaintiff's motion for preliminary injunction is re-set to 10/14/2008, at 10:00 a.m.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|